UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CHARITY L. LOECHEL, | : | Case No. 1:14-cv-17 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| COMMISSIONER OF | : | |
| SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 19); AND (2) TERMINATING THIS CASE FROM THE DOCKET**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on January 26, 2015, submitted a Report and Recommendation  (Doc. 19).  No objections were filed.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety.

-2-

Accordingly:

1. The Report and Recommendation (Doc. 19) is **ADOPTED** such that the decision of the Commissioner is **REVERSED,** and this matter is **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings; and

2. This case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED**.

Date:  3/4/2015              */s/Timothy S. Black*
                              Timothy S. Black
                              United States District Judge